DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL KEVIN ROSS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-2978

[May 25, 2016]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth A. Metzger, Judge; L.T. Case No. 94-1100 CFA.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, and Daniel Kevin Ross, Raiford, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.* *Thompson v. State*, 589 So. 2d 1013, 1014 (Fla. 2d DCA 1991).

TAYLOR, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***